**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-61241-CV-WILLIAMS**

CHRISTIAN ALEX ROBLERO HERNANEZ,

      Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, *et al.*,

      Respondents.

_____/

## <u>INSTRUCTIONS TO *PRO SE* LITIGANT</u>

Petitioner is proceeding *pro se* in this matter. *Pro se* litigants, like all litigants, are required to comply with the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, the Court's Practices and Procedures, and all Court orders. It is the duty of all counsel and *pro se* litigants to take all actions necessary to comply with the Federal and Local Rules and the Court's orders. The Local Rules may be obtained from the Clerk of Court and the Court's Practices and Procedures are available on the Court's website at http://www.flsd.uscourts.gov/?page_id=13071. Some (but not all) of the requirements of the rules of procedure are as follows:

1.      Petitioner must keep the Court advised of a current address at all times. If Petitioner's address changes, Petitioner must promptly file with the Clerk of Court a notice labeled "Notice of Change of Address," providing the new address and the effective date of the change. If Petitioner's address changes and no change of address is filed, this case may be dismissed for lack of prosecution. Petitioner must understand that the Court does not know if Petitioner is transferred or released unless a change of address is filed. If counsel for the opposing side has appeared, a copy must be sent to counsel, and the

notice shall include a certificate of service indicating that a copy has been sent to that counsel.

2. Petitioner is instructed not to send letters to the Court or to the Clerk of Court. No letter will be answered. While Petitioner may file a motion, memorandum, or any pleading allowed by the procedural rules, Petitioner must understand that letters are not motions or pleadings and are, therefore, not docketed in the case. This includes cover letters to the Clerk of Court when submitting pleadings. The Clerk does not need a cover letter explaining what is enclosed. Instead, the Clerk dockets pleadings based on their content. All documents must be filed in accordance with the Federal Rules of Civil Procedure and copies must be furnished to opposing counsel.

3. A *pro se* litigant and his or her family, friends, or acquaintances must not call any Judge's office for any reason. No information about the case can be obtained from the Judge's office. Additionally, no Court employee can provide legal advice to any litigant, *pro se* or otherwise. If Petitioner desires to know the status of his or her case, he or she may file a pleading entitled "Notice of Inquiry."

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>28th</u> day of April, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

**Cristian Alex Roblero Hernandez,** *Pro Se*
Alien # 209858010
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**United States Attorney**
Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

**U.S. Immigration and Naturalization Services Attorney**
Noticing INS Attorney
Email: usafls-immigration@usdoj.gov